**SET ASIDE and REMAND and Opinion Filed December 11, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00807-CV

**STARS AND STRIPES LOGISTICS, LLC, Appellant**
**V.**
**IMAGINE COMMUNICATIONS CORP., Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-06669-2018**

## MEMORANDUM OPINION
Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Reichek

Before the Court is the parties' agreed motion to set aside judgment and remand. *See* TEX. R. APP. P. 42.1(a)(2)(B). We grant the motion and, as requested by the parties, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for entry of judgment in accordance with the parties' agreement. *See id.*

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

200807F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

STARS AND STRIPES
LOGISTICS, LLC, Appellant

No. 05-20-00807-CV       V.

IMAGINE COMMUNICATIONS
CORP., Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-06669-
2018.
Opinion delivered by Justice
Reichek, Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the judgment of the trial court without regard to the merits and **REMAND** the case to the trial court for entry of judgment in accordance with the parties' agreement.

As agreed by the parties, we **ORDER** each party bear its own costs of the appeal.

Judgment entered December 11, 2020